AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| City of Livonia Employees' Retirement System and City of Livonia Retiree Health and Disability Benefits Plan, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-00965 |
| Intercontinental Exchange, Inc., Intercontinental Exchange Holdings, Inc., ICE Benchmark Administration Limited (f/k/a NYSE Euronext Rate Administration Limited), et. al, | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Schedule A.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     David R. Scott
Scott+Scott Attorneys at Law LLP
230 Park Avenue, 17th Floor
New York, New York 10169


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____2/1/2019_____                      _____/S/ P. NEPTUNE_____
                                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00965

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Barclays plc**
was received by me on *(date)* 3/22/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I caused the Summons, Complaint and Judge's Order to be delivered via an international courier service who, upon delivery, requested and obtained an adult signature on behalf of Barclays plc

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/2019

*Katherine M Vogel*
Server's signature

Katherine M. Vogel, Paralegal
*Printed name and title*
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY  10601

Server's address

Additional information regarding attempted service, etc:



UPS Internet Shipping: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
**Customers with a Daily Pickup**
Your driver will pickup your shipment(s) as usual.

**Customers without a Daily Pickup**
Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
Hand the package to any UPS driver in your area.
Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.

FOLD HERE

Shipping Label:

LOWEY DANNENBERG, P.C.
914-997-0500 241
LOWEY DANNENBERG, P.C.
44 SOUTH BROADWAY
WHITE PLAINS NY 10601
UNITED STATES

SHIP TO:
ROBERT F. HOYT, GENERAL COUNSEL
44207166664
BARCLAYS PLC
1 CHURCHILL PLACE
LONDON   E145HP
UNITED KINGDOM

1.5 LBS   LTR   1 OF 1
SHP#: F037 5RVN 7FH
SHP WT: 1.5 LBS
DATE: 22 MAR 2019

GBR 613 9-00

UPS SAVER
TRACKING #: 1Z F03 75F DA 9861 7062

BILLING: P/P
ADULT SIGNATURE REQUIRED
DESC: Legal Documents

Reference#1: BARPLC

EDI-DOC

UIS 21.0.23    WNTNV50 09.0A 01/2019

https://www.ups.com/uis/create?ActionOriginPair=default_PrintWindowPage&key=labelWindow&type=html&loc=en_US&instr=A&doc=shipment_12...    1/1

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1ZF0375FDA98617062

**Weight**

1.50 LBS

**Service**

UPS Worldwide Saver®

**Shipped/Billed On**

22/03/2019

**Additional Information**

Adult Signature Required

**Delivered On**

25/03/2019 8:32

**Delivered To**

LONDON, GB

**Received By**

ORATIO

**Left At**

Mail room

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 25/03/2019 8:22 EST